```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DEGELMAN INDUSTRIES LTD.,

                    Plaintiff,
                                                    06-CV-6346T
                                                    ORDER

PRO-TECH WELDING AND FABRICATION, INC.,
and MICHAEL P. WEAGLEY,

                    Defendants.
_____
```

Pursuant to my August 11, 2010 Order appointing attorney Joseph W. Berenato, III as a Special Master in this case, I directed that the parties would equally bear his costs. By Invoice dated October 31, 2010, Special Master Berenato has submitted an invoice to the court in the amount of $648.38 for services rendered and costs during the month of October, 2010. I find the fees and costs to be reasonable, and accordingly, hereby order Degelman Industries Ltd., and Pro-tech Welding and Fabrication, Inc. to share equally in payment of the Special Master's invoice with each paying attorney Berenato the sum of $324.19 within 30 days of the date of this Order.

ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ Michael A. Telesca
                              _____
                                   MICHAEL A. TELESCA
                              United States District Judge
```

DATED:   Rochester, New York
         November 18, 2010