UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

Degelman Industries, Ltd.,

       Plaintiff,
  v.

Pro-Tech Welding & Fabrication, Inc.
and Michael Weagley,

       Defendant(s).
_____

06-CV-6346
**VERDICT FORM**



    In accordance with the Court's instructions, please answer the following questions. <u>**Your answers for each question must be unanimous**</u>.

## FINDINGS ON DEGELMAN'S CLAIMS

### DEGELMAN'S UTILITY AND DESIGN PATENT CLAIMS AGAINST DEFENDANTS

1. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech Welding and Fabrication, Inc. ("Pro-Tech"), and/or Michael P. Weagley ("Weagley"), has infringed Claim 1 of the '576 Patent?

   (Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | YES | YES |
| SPB Backhoe | YES | YES |
| SPS Skidsteer | YES | YES |
| SPC Compact | YES | YES |
| IST Loader | YES | YES |
| IST Backhoe | YES | YES |
| IST Skidsteer | YES | YES |
| PBS Pullback | YES | YES |
| FPL Foldout | YES | YES |
| FTF Forklift | YES | YES |
| SBL Switchblade Loader | YES | YES |
| SSB Switchblade Backhoe | YES | YES |
| SBS Switchblade Skidsteer | YES | YES |

- 2 -

| Super Duty Loader | YES | YES |

2. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed Claim 2 of the '576 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | YES | Yes |
| SPB Backhoe | YES | Yes |
| SPS Skidsteer | YES | Yes |
| SPC Compact | YES | Yes |
| IST Loader | YES | Yes |
| IST Backhoe | YES | Yes |
| IST Skidsteer | YES | Yes |
| PBS Pullback | YES | Yes |
| FPL Foldout | YES | Yes |
| FTF Forklift | YES | Yes |
| SBL Switchblade Loader | YES | Yes |
| SSB Switchblade Backhoe | YES | Yes |
| SBS Switchblade Skidsteer | YES | Yes |
| Super Duty Loader | YES | Yes |

3.  For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed Claim 3 of the '576 Patent?

    (Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | yes | yes |
| SPB Backhoe | yes | yes |
| SPS Skidsteer | yes | yes |
| SPC Compact | yes | yes |
| IST Loader | yes | yes |
| IST Backhoe | yes | yes |
| IST Skidsteer | yes | yes |
| PBS Pullback | yes | yes |
| FBL Foldout | yes | yes |
| FTF Forklift | yes | yes |
| SBL Switchblade Loader | yes | yes |
| SSB Switchblade Backhoe | yes | yes |
| SBS Switchblade Skidsteer | yes | yes |
| Super Duty Loader | yes | yes |

- 4 -

4.  For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed Claim 4 of the '576 Patent?

    (Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | Yes | Yes |
| SPB Backhoe | Yes | Yes |
| SPS Skidsteer | Yes | Yes |
| SPC Compact | Yes | Yes |
| IST Loader | Yes | Yes |
| IST Backhoe | Yes | Yes |
| IST Skidsteer | Yes | Yes |
| PBS Pullback | Yes | Yes |
| FBL Foldout | Yes | Yes |
| FTF Forklift | Yes | Yes |
| SBL Switchblade Loader | Yes | Yes |
| SSB Switchblade Backhoe | Yes | Yes |
| SBS Switchblade Skidsteer | Yes | Yes |
| Super Duty Loader | Yes | Yes |

5. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed Claim 5 of the '576 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | Yes | Yes |
| SPB Backhoe | Yes | Yes |
| SPS Skidsteer | Yes | Yes |
| SPC Compact | Yes | Yes |
| IST Loader | Yes | Yes |
| IST Backhoe | Yes | Yes |
| IST Skidsteer | Yes | Yes |
| PBS Pullback | Yes | Yes |
| FBL Foldout | Yes | Yes |
| FTF Forklift | Yes | Yes |
| SBL Switchblade Loader | Yes | Yes |
| SSB Switchblade Backhoe | Yes | Yes |
| SBS Switchblade Skidsteer | Yes | Yes |
| Super Duty Loader | Yes | Yes |

6. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed Claim 6 of the '576 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | Yes | Yes |
| SPB Backhoe | Yes | Yes |
| SPS Skidsteer | Yes | Yes |
| SPC Compact | Yes | Yes |
| IST Loader | Yes | Yes |
| IST Backhoe | Yes | Yes |
| IST Skidsteer | Yes | Yes |
| PBS Pullback | Yes | Yes |
| FBL Foldout | Yes | Yes |
| FTF Forklift | Yes | Yes |
| SBL Switchblade Loader | Yes | Yes |
| SSB Switchblade Backhoe | Yes | Yes |
| SBS Switchblade Skidsteer | Yes | Yes |
| Super Duty Loader | Yes | Yes |

7. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed Claim 7 of the '576 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | yes | yes |
| SPB Backhoe | yes | yes |
| SPS Skidsteer | yes | yes |
| SPC Compact | yes | yes |
| IST Loader | yes | yes |
| IST Backhoe | yes | yes |
| IST Skidsteer | yes | yes |
| PBS Pullback | yes | yes |
| FBL Foldout | yes | yes |
| FTF Forklift | yes | yes |
| SBL Switchblade Loader | yes | yes |
| SSB Switchblade Backhoe | yes | yes |
| SBS Switchblade Skidsteer | yes | yes |
| Super Duty Loader | yes | yes |

8. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed Claim 8 of the '576 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | yes | yes |
| SPB Backhoe | yes | yes |
| SPS Skidsteer | yes | yes |
| SPC Compact | yes | yes |
| IST Loader | yes | yes |
| IST Backhoe | yes | yes |
| IST Skidsteer | yes | yes |
| PBS Pullback | yes | yes |
| PBL Foldout | yes | yes |
| FTF Forklift | yes | yes |
| SBL Switchblade Loader | yes | yes |
| SSB Switchblade Backhoe | yes | yes |
| SBS Switchblade Skidsteer | yes | yes |
| Super Duty Loader | yes | yes |

9.     For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed the '097 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | NO | NO |
| SPB Backhoe | NO | NO |
| SPS Skidsteer | NO | NO |
| SPC Compact | NO | NO |
| IST Loader | NO | NO |
| IST Backhoe | NO | NO |
| IST Skidsteer | NO | NO |
| PBS Pullback | NO | NO |

10. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed the '128 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | NO | NO |
| SPB Backhoe | NO | NO |
| SPS Skidsteer | NO | NO |
| SPC Compact | NO | NO |
| IST Loader | NO | NO |
| IST Backhoe | NO | NO |
| IST Skidsteer | NO | NO |
| PBS Pullback | NO | NO |
| FBL Foldout | NO | NO |
| FTF Forklift | NO | NO |

11. For each of the following products, has Degelman proven by a preponderance of the evidence that Defendants, Pro-Tech and/or Weagley, has infringed the '129 Patent?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| SPL Loader | NO | No |
| SPB Backhoe | NO | NO |
| SPS Skidsteer | NO | NO |
| SPC Compact | NO | NO |
| IST Loader | NO | NO |
| IST Backhoe | NO | NO |
| IST Skidsteer | NO | NO |
| PBS Pullback | NO | NO |

12. If you answered "Yes" to any of Questions 1 through 11, and thus found that any Defendant has infringed any Degelman patent(s), has Degelman proven by clear and convincing evidence that such Defendant's(s') infringement was willful?

(Please answer in each cell with a "Y" for "yes" (for Degelman), or with an "N" for "no" for each Defendant.)

| Accused Defendant Product | Pro-Tech Welding and Fabrication, Inc. | Michael P. Weagley |
|---|---|---|
| '576 Patent (Claim 1) | NO | NO |
| '576 Patent (Claim 2) | NO | NO |
| '576 Patent (Claim 3) | NO | NO |
| '576 Patent (Claim 4) | NO | NO |
| '576 Patent (Claim 5) | NO | NO |
| '576 Patent (Claim 6) | NO | NO |
| '576 Patent (Claim 7) | NO | NO |
| '576 Patent (Claim 8) | NO | NO |
| '097 Patent | NO | NO |
| '128 Patent | NO | NO |
| '129 Patent | NO | NO |

13. Have Defendants proven by clear and convincing evidence that Degelman's asserted utility and/or design patent claims are invalid?

| Patent | Answer | | |
|---|---|---|---|
| '576 Patent (Claim 1) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '576 Patent (Claim 2) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '576 Patent (Claim 3) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '576 Patent (Claim 4) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '576 Patent (Claim 5) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '576 Patent (Claim 6) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '576 Patent (Claim 7) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '576 Patent (Claim 8) | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '097 Patent | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '128 Patent | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |
| '129 Patent | Yes __X__ (for Pro-Tech and/or Weagley) | No _____ (for Degelman) | |

Dated: March __8__, 2013                    _Anne M. Schuler_
                                              Foreperson